IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRENDA K. BUTLER,**

    **Plaintiff,**

  v.                                    **Civil Action 2:24-cv-1587**
                                          **Chief District Judge Sarah D. Morrison**
                                          **Magistrate Judge Kimberly A. Jolson**

**3M COMPANY, et al.,**

    **Defendants.**

## ORDER

This matter is before the Court on the parties' discovery dispute and their proposed case schedule. For over a month, the parties have been engaged in Court-ordered conferral efforts on several discovery issues. (Docs. 59, 61, 62, 64, 65). Most recently, the Court ordered the parties to confer on two issues again. (*See generally* Doc. 65). If the parties could not resolve these issues within ten days, the Court ordered Plaintiff to file a certification on the docket. (*Id.* at 3–4). Once she did so, the Court stated that Defendants could file an appropriate motion under Federal Rule of Civil Procedure 37. (*Id.* at 4). That deadline has passed, and the parties have not filed anything. (*See id.* at 3–4 (setting the deadline for Plaintiff's certification for December 30, 2024)). As such, the parties' discovery dispute is seemingly resolved.

With that, the Court turns to the parties' proposed case schedule. (Doc. 66). Before the recent dispute, fact discovery was due December 16, 2024, and dispositive motions were due January 10, 2025. (*See* Doc. 40 at 2–3). The Court stayed the discovery deadline to give the parties time to resolve their differences. (Doc. 62 at 2). On December 9, 2024, the Court granted

in part and denied in part Plaintiff's motion to amend her complaint and ordered the parties to file a proposed case schedule by December 23, 2024. (Doc. 63 at 16).

Now, in their proposed schedule, the parties seek brief extensions of the discovery and dispositive motion deadlines. (*See* Doc. 66). Those extensions are **GRANTED**. The case schedule is modified as follows:

- Plaintiff's Amended Complaint Due          January 8, 2025
- Defendants' Response to Amended Complaint Due    January 15, 2025
- Fact Discovery Due                January 22, 2025
- Affirmative Dispositive and Daubert Motions Due   January 29, 2025

IT IS SO ORDERED.

Date: December 31, 2024                /s/ Kimberly A. Jolson
                            KIMBERLY A. JOLSON
                            UNITED STATES MAGISTRATE JUDGE

2