IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBIN CLARK, as Representative of**
**the Estate of Brenda Butler, Deceased,**

      **Plaintiff,**

  v.                                      **Civil Action 2:24-cv-1587**
                                               **Chief District Judge Sarah D. Morrison**
                                               **Magistrate Judge Kimberly A. Jolson**

**3M COMPANY, et al.,**

      **Defendants,**

## **ORDER**

The parties' latest Joint Status Report (Doc. 86), is before the Court. They represent that they have resolved their discovery disputes, and Plaintiff will "confirm satisfaction of her discovery obligations . . . on or before April 11, 2025." (*Id.* at 2). In light of these developments, the parties also propose a case schedule for this action moving forward. (*Id.*).

The Court **GRANTS** the parties' request, and the case schedule is modified as follows:

- Fact Discovery Due                                        May 5, 2025
- Dispositive and *Daubert* Motions Due                  June 4, 2025
- Plaintiff's Settlement Demand Due                     June 18, 2025
- Defendants' Response to Settlement Demand Due     June 23, 2025
- Responses to Dispositive/*Daubert* Motions Due         June 25, 2025
- Replies to Dispositive/*Daubert* Motions Due             July 9, 2025
- Deadline to Complete Mediation                        August 7, 2025

**The Court anticipates no further extensions.**

IT IS SO ORDERED.

Date:  April 7, 2025  /s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE